**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:   Certain Underwriters at Lloyd's, London Syndicate Numbers 2020, 1084, 2001, 457, 510, 2791, 2987, 3000, 1221, 5000, and Navigators Insurance Co., UK v. Prime Natural Resources, Inc.

Appellate case number:   01-17-00881-CV

Trial court case number:   2015-51137

Trial court:   129th District Court of Harris County

On November 26, 2019, this Court issued an opinion and judgment in this case. The parties have now filed a joint motion to expedite issuance of the mandate. The motion is **granted**. *See* TEX. R. APP. P. 18.1(c).

The Clerk of this Court is directed to issue the mandate immediately.

It is so ORDERED.


Judge's signature: __/s/ Richard Hightower_____
                    ☑ Acting individually   ☐ Acting for the Court

Date: _January 23, 2020_____